**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| K. Spencer Greene, | ) | No. CV-05-425-PCT-RCB |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| DNA-People's Legal Services, an Arizona corporation, | ) | |
| Defendant. | ) | |

This Court has received the parties' Notice of Settlement (docket #52).

**IT IS ORDERED vacating** the November 20, 2006, Settlement Conference set before the undersigned.

**IT IS FURTHER ORDERED** that the parties shall file the appropriate closing documents in this matter as may directed by District Judge Robert C. Broomfield.

DATED this 15th day of November, 2006.

*/s/ Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge